No. 23-0501

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 24, 2023
DEBORAH S. HUNT, Clerk

In re:  NISSAN NORTH AMERICA, INC., et al.,

    Petitioners.

Before: SUTTON, Chief Judge; SUHRHEINRICH and DAVIS, Circuit Judges.

## AMENDED JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Middle District of Tennessee at Nashville.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for permission to appeal is GRANTED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk